IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
) Criminal Action
) No. 09-cr-211
vs. )
)
CHARLES EVERITT KING, )
)
    Defendant )

O R D E R

NOW, this 14th day of April, 2010, upon consideration of the following documents:

> (1) Defendant Charles Everitt King's Motion for New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure, which motion together with a memorandum of law in support were filed September 15, 2009 (Document 38);
>
> (2) Defendant Charles Everitt King's Motion for Judgment of Acquittal Pursuant to Rule 29 of the Federal Rules of Criminal Procedure, which motion together with a memorandum of law in support were filed September 15, 2009 (Document 39);
>
> (3) Government's Response to Defendant's Post-Trial Motions, which response was filed December 9, 2009 (Document 46); and
>
> (4) Defendant Charles Everitt King's Brief in Support of Motion for New Trial and Judgment of Acquittal, which reply brief was filed December 19, 2009 (Document 47);

and for the reasons expressed in the accompanying Opinion,

    IT IS ORDERED that Defendant Charles Everitt King's Motion for Judgment of Acquittal Pursuant to Rule 29 of the Federal Rules of Criminal Procedure is denied.

IT IS FURTHER ORDERED Defendant Charles Everitt King's Motion for New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure is denied.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge