IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES EVERITT KING** | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 18-1439 |
| | : | CRIMINAL ACTION |
| | : | NO. 09-211 |
| **UNITED STATES OF AMERICA** | : | |

**O R D E R**

**AND NOW**, this 4th day of April, 2022, upon consideration of the Petitioner's *Pro Se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, and the Government's response thereto, it is hereby **ORDERED** that the Motion [Doc. 84] is **DISMISSED** for lack of jurisdiction.

BY THE COURT:

 /s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEH, J.